Case No.: 24-60304

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Breeze Smoke, L.L.C.; Texas Wholesale,

*Petitioners,*

v.

Food & Drug Administration; United States Department of Health and
Human Services; Xavier Becerra, Secretary, U.S. Department of Health and
Human Services; Robert M. Califf, Commissioner of Food & Drugs,

*Respondents.*

On Review Of FDA Marketing Denial Order (STN PM0003303)
Issued Under The Federal Tobacco Control Act

## PETITIONERS' RECORD EXCERPTS

Eric P. Gotting
KELLER AND HECKMAN LLP
1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
Telephone: (202) 434-4100
Facsimile: (202) 434-4646
gotting@khlaw.com
*Counsel for Petitioners*

# Record Excerpts: Table of Contents

1. Breeze Smoke MDO - FDA-BREEZE SMOKE-000014-000021

2. Breeze Smoke TPL Excerpt - FDA-BREEZE SMOKE-000062

3. Breeze Smoke TPL Excerpt - FDA-BREEZE SMOKE-000067

4. Breeze Smoke TPL Excerpt - FDA-BREEZE SMOKE-000075

5. Breeze Smoke TPL Excerpt - FDA-BREEZE SMOKE-000082

6. FDA ENDS PMTA Guidance (June 2019) Excerpt - FDA-BREEZE SMOKE-003104-003105

7. FDA ENDS PMTA Guidance (June 2019) Excerpt - FDA-BREEZE SMOKE-003106-003108

8. October 28, 2019 Public Meeting Transcript (Excerpt) - FDA-BREEZE SMOKE-003109

9. October 23, 2018 Public Meeting Transcript (Excerpt) - FDA-BREEZE SMOKE-003110-003111

10. Emily R. Busta October 28-29, 2019 Public Meeting Presentation Slides (Excerpt) - FDA-BREEZE SMOKE-003112-003113

11. FDA OS June 2021 Virtual Meeting Transcript (Excerpt) - FDA-BREEZE SMOKE-003114

12. Breeze Smoke Acceptance Letter - FDA-BREEZE SMOKE-003115-003120

13. PMTA Excerpt (Survey Response) - FDA-BREEZE SMOKE-003121-003129

14. FDA ENDS PMTA Guidance (June 2019) Excerpt - FDA-BREEZE SMOKE-003130

15. PMTA Excerpt (Age Restriction) - FDA-BREEZE SMOKE-003131-003132

16. FDA ENDS PMTA Guidance (June 2019) Excerpt - FDA-BREEZE SMOKE-003137

17. PMTA Excerpt (Literature Review) - FDA-BREEZE SMOKE-003138

18. PMTA Excerpt (Literature Review) - FDA-BREEZE SMOKE-003139

19. PMTA Excerpt (Literature Review) - FDA-BREEZE SMOKE-003140

20. FDA ENDS PMTA Enforcement Guidance (Apr. 2020) Excerpt - FDA-BREEZE SMOKE-003141

# Tab 1

## Breeze Smoke MDO –
## FDA-BREEZE SMOKE-000014-000021



U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993
www.fda.gov

May 13, 2024

**DENIAL**

Contract In-House Counsel and Consultants LLC
Attention: Marc C. Sanchez, Esquire
Breeze Smoke, LLC
1717 South Radcliffe Road
Portland, OR 97219

**FDA Submission Tracking Numbers (STNs):** PM0003303.PD1 – PM0003303.PD10, see Appendix A

Dear Marc C. Sanchez:

We are denying a marketing granted order for the products identified in Appendix A. Refer to Appendix B for a list of amendments received in support of your applications.

**The statute places the burden on the applicant to make the required showing by providing that FDA "shall deny an application" for a product to receive a PMTA marketing authorization if, "upon the basis of the information submitted to the Secretary as part of the application and any other information before the Secretary with respect to such tobacco product," FDA finds that "there is a lack of a showing that permitting such tobacco product to be marketed would be appropriate for the protection of the public health" (APPH). Based on our review of your PMTAs[1], we determined that the new products, as described in your applications and specified in Appendix A, lack sufficient evidence to demonstrate that the marketing of these products is APPH. You cannot introduce or deliver for introduction these products into interstate commerce in the United States. Doing so is a prohibited act under section 301(a) of the FD&C Act, the violation of which could result in enforcement action by FDA. These actions may include, but are not limited to, civil money penalties, including an enhanced civil money penalty under FD&C Act section 303(f)(9)(B)(i), seizure, and/or injunction.**

If you choose to submit new applications for these products, you must fulfill all requirements set forth in section 910(b)(1) and 21 CFR Part 1114. You may provide information to fulfill some of these requirements by including an authorization for FDA to cross-reference a Tobacco Product Master File.[2] You may not cross-reference information submitted in the PMTAs subject to this Denial.

Based on review of your PMTAs, we identified the following key basis for our determination:

1.  Your PMTAs lack sufficient evidence demonstrating that your flavored ENDS will provide a benefit to adult users that would be adequate to outweigh the risks to youth. There is substantial evidence that flavored ENDS, like the subject products, have significant appeal to youth and are associated with youth initiation and use. The marketing restrictions and other mitigation

---

[1] Premarket Tobacco Product Applications (PMTAs) submitted under section 910 of the Federal Food, Drug, and Cosmetic Act (FD&C Act)

[2] See guidelines at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/tobacco-product-master-files

measures that you proposed cannot mitigate the substantial risk to youth from flavored ENDS sufficiently to reduce the magnitude of adult benefit required to demonstrate APPH. In light of the known risks to youth of marketing flavored ENDS, robust and reliable evidence is needed regarding the benefit to adults who smoke, who switch completely or significantly reduce their smoking. Whether other products give adults who smoke comparable options for complete switching or significant cigarette reduction bears on the extent of the public health benefit that the subject ENDS arguably provide to that population. Because tobacco-flavored ENDS have not been shown to present the same risks to youth as flavored ENDS, marketing of flavored ENDS is APPH only if the evidence shows a benefit to adults who smoke as compared to tobacco-flavored ENDS.

This evidence could have been provided using a randomized controlled trial and/or longitudinal cohort study that demonstrated the benefit to adults who use your flavored ENDS products over an appropriate comparator tobacco-flavored ENDS. We did not find such evidence in your PMTAs.

FDA would also consider other evidence that reliably and robustly evaluated the impact of the new flavored vs. tobacco-flavored products on complete switching or significant cigarette reduction over time among adults who use combustible cigarettes. Although your PMTAs contained a cross-sectional consumer survey, this evidence is not sufficient to show a benefit of using these flavored ENDS to adults who smoke because it does not evaluate the specific products in the applications; evaluate complete switching or significant cigarette reduction resulting from use of these products over time; or evaluate these outcomes based on flavor type to enable comparisons between tobacco and other flavors.

Without this information, FDA cannot determine whether these products would provide an added benefit that is adequate to outweigh the risks to youth and, therefore, cannot find that permitting the marketing of your new tobacco products would be APPH. Because you have not met your burden of "showing" that permitting the marketing of the new products would be APPH as required by Section 910(c)(2)(A), we must deny authorization for your applications.

The review concluded that key evidence demonstrating APPH is absent. Therefore, scientific review did not proceed to assess other aspects of the applications. FDA finds that it is not practicable to identify at this time an exhaustive list of all possible deficiencies.

Your PMTAs lack sufficient information to support a finding of APPH. Because you have not met your burden of "showing" that permitting the marketing of the new products would be APPH as required by Section 910(c)(2)(A), we are issuing a marketing denial order. Your products are misbranded under section 903(a)(6) of the FD&C Act and adulterated under section 902(6)(A) of the FD&C Act. Failure to comply with the FD&C Act may result in FDA regulatory action without further notice. These actions may include, but are not limited to, civil money penalties, seizure, and/or injunction.

We encourage you to submit all regulatory correspondence electronically via the CTP Portal[3,4] using eSubmitter.[5]  Alternatively, submissions may be mailed to:

> Food and Drug Administration
> Center for Tobacco Products
> Document Control Center (DCC)
> Building 71, Room G335
> 10903 New Hampshire Avenue
> Silver Spring, MD 20993-0002

The CTP Portal and FDA's Electronic Submission Gateway (ESG) are generally available 24 hours a day, seven days a week; submissions are considered received by DCC on the day of successful upload. Submissions delivered to DCC by courier or physical mail will be considered timely if received during delivery hours on or before the due date[6]; if the due date falls on a weekend or holiday, the delivery must be received on or before the preceding business day. We are unable to accept regulatory submissions by e-mail.

If you have any questions, please contact Sequoia Bacon, Regulatory Health Project Manager, at (301) 796-0736 or Sequoia.Bacon@fda.hhs.gov.

Sincerely,

Digitally signed by Benjamin Apelberg -S
Date: 2024.05.13 08:29:10 -04'00'

Benjamin Apelberg, Ph.D.
Deputy Director
Office of Science
Center for Tobacco Products

Enclosures: **(if provided electronically, the Appendix is not included in physical mail):**
Appendix A – New Tobacco Products Subject of This Letter
Appendix B – Amendment and Additional Submissions Received for This Applicant

---

[3] For more information about CTP Portal, see
https://www.fda.gov/tobacco-products/manufacturing/submit-documents-ctp-portal
[4] FDA's Electronic Submission Gateway (ESG) is still available as an alternative to the CTP Portal.
[5] For more information about eSubmitter, see https://www.fda.gov/industry/fda-esubmitter
[6]   https://www.fda.gov/tobacco-products/about-center-tobacco-products-ctp/contact-ctp

**Appendix A**
New Tobacco Products Subject of This Letter

| Common Attributes[7,8,9,10] | |
|---|---|
| Submit date | September 30, 2020 |
| Receipt date | September 30, 2020 |
| Applicant | Breeze Smoke LLC |
| Product manufacturer | Breeze Smoke LLC |
| Product category | Electronic Nicotine Delivery Systems (ENDS) (VAPES) |
| Product subcategory | ENDS Component |
| **Attributes** | **New Tobacco Product** |
| **STN** | **PM0003303.PD1** |
| Product name | Breeze Smoke Disposable Pod ENDS Strawberry Kiwi |
| Package type | Box |
| Package quantity | 1 E-Cigarette |
| Characterizing Flavor (CF) | Flavored |
| Flavored CF, as identified | Strawberry Kiwi |
| Nicotine source | Tobacco |
| Additional property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 35/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| **STN** | **PM0003303.PD2** |
| Product name | Breeze Smoke Disposable Pod ENDS Pineapple Lemon |
| Package type | Box |
| Package quantity | 1 E-Cigarette |
| Characterizing Flavor (CF) | Flavored |
| Flavored CF, as identified | Pineapple Lemon |
| Nicotine source | Tobacco |
| Additional property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 44/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| **STN** | **PM0003303.PD3** |
| Product name | Breeze Smoke Disposable Pod ENDS Peach Mango |
| Package type | Box |
| Package quantity | 1 E-Cigarette |
| Characterizing Flavor (CF) | Flavored |
| Flavored CF, as identified | Peach Mango |
| Nicotine source | Tobacco |
| Additional property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 39/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |

[7] We interpret package type to mean container closure system and package quantity to mean product quantity within the container closure system, unless otherwise identified.
[8] Product name is brand/sub-brand or other commercial name used in commercial distribution.
[9] Effective April 14, 2022, FDA's authority to regulate tobacco products was extended to include tobacco products containing nicotine from any source. Therefore, nicotine source should be included in future submissions.
[10] Attributes in Appendix A may display converted values.

| Attributes | New Tobacco Product |
|---|---|
| **STN** | **PM0003303.PD4** |
| Product Name | Breeze Smoke Disposable Pod ENDS Lychee Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor (CF) | Flavored |
| Flavored CF, as identified | Lychee Mint |
| Nicotine source | Tobacco |
| Additional property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 40/40, E-Liquid Volume 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| **STN** | **PM0003303.PD5** |
| Product Name | Breeze Smoke Disposable Pod ENDS Strawberry Banana |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor (CF) | Flavored |
| Flavored CF, as identified | Strawberry Banana |
| Nicotine source | Tobacco |
| Additional property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 31/55, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| **STN** | **PM0003303.PD6** |
| Product name | Breeze Smoke Disposable Pod ENDS Peach Soda |
| Package type | Box |
| Package quantity | 1 E-Cigarette |
| Characterizing Flavor (CF) | Flavored |
| Flavored CF, as identified | Peach Soda |
| Nicotine source | Tobacco |
| Additional property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 38/40, E-Liquid Volume 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| **STN** | **PM0003303.PD7** |
| Product name | Breeze Smoke Disposable Pod ENDS Berry Mint |
| Package type | Box |
| Package quantity | 1 E-Cigarette |
| Characterizing Flavor (CF) | Flavored |
| Flavored CF, as identified | Berry Mint |
| Nicotine source | Tobacco |
| Additional property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 44/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |

| Attributes | New Tobacco Product |
|---|---|
| **STN** | **PM0003303.PD8** |
| Product name | Breeze Smoke Disposable Pod ENDS Blueberry Mint |
| Package type | Box |
| Package quantity | 1 E-Cigarette |
| Characterizing Flavor (CF) | Flavored |
| Flavored CF, as identified | Blueberry Mint |
| Nicotine source | Tobacco |
| Additional property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 44/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| **STN** | **PM0003303.PD9** |
| Product Name | Breeze Smoke Disposable Pod ENDS Passion Fruit Orange Guava |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor (CF) | Flavored |
| Flavored CF, as identified | Passion Fruit Orange Guava |
| Nicotine source | Tobacco |
| Additional property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 36/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| **STN** | **PM0003303.PD10** |
| Product name | Breeze Smoke Disposable Pod ENDS Lemon Mint |
| Package type | Box |
| Package quantity | 1 E-Cigarette |
| Characterizing Flavor (CF) | Flavored |
| Flavored CF, as identified | Lemon Mint |
| Nicotine source | Tobacco |
| Additional property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 47/40, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |

## Appendix B
### Amendments and Additional Submissions Received for This Applicant

Amendment(s) Received for These Applications

| Submit Date | Receipt Date | Applications Being Amended | Reviewed | Brief Description |
|---|---|---|---|---|
| July 8, 2021 | July 8, 2021 | PM0003303.PD9 | Yes | Correction or clarification to PM0003303.PD9 |
| March 18, 2024 | March 18, 2024 | All | No | Request to add new PMTA[11] |

Additional Submission(s) Received for This Applicant

| Submit Date | Receipt Date | Reviewed | Brief Description |
|---|---|---|---|
| August 24, 2021 | August 24, 2021 | Yes | Update for Person of Contact |

---

[11] On March 18, 2024, Breeze Smoke, LLC submitted an amendment to add a new tobacco product to their original submission, however for additional products a new application must be submitted using FDA Form 4057 and 4057b.

**OFFICE OF SCIENCE—HISTORY AND CONCURRENCE PAGE**
This page is for FDA internal use only.
Do NOT send this page with any correspondence being sent outside of CTP.

| Document History | |
| --- | --- |
| Submission Tracking Numbers (STNs): | PM0003303.PD1 – PD10, see Appendix A |
| Communication Type: | Letter |
| Primary Reviewer History: | *Reviewer is to include their name, role or position, and date of review of this document:*<br><br>Tamirra Glover:2/20/2024, 2/23/2024, 3/4/2024, 5/8/2024 |
| *CONCUR*<br>*By Tamirra Glover at 8:36 am, May 09, 2024* | |
| Concurrence: | |
| Secondary Reviewer | *Include name, role or position, and date of review of this document:*<br><br>Nick Hasbrouck, 3/4/2024 |
| Tertiary Reviewer<br>*CONCUR*<br>*By Ouida.Holmes at 1:58 pm, May 10, 2024* | Ouida Holmes, 3/12/2024 |
| Quaternary Reviewer | |
| Additional Reviewers | DRPM IO 5/7/2024 |

**2/16/2024 template version**
**END OFFICE OF SCIENCE—HISTORY AND CONCURRENCE PAGE**

Tab 2

Breeze Smoke TPL Excerpt –
FDA-BREEZE SMOKE-000062

have been device access restrictions.  FDA is currently aware of no other restrictions with the potential to alter the overall net benefit assessment for flavored ENDS.  In contrast to flavored ENDS, the risk of youth initiation and use with tobacco-flavored ENDS is lower.  Restrictions on advertising and promotion and sales access for tobacco-flavored ENDS could mitigate that more limited risk and impact the overall net benefit assessment.  In addition, restrictions on advertising and promotion and sales access are important to include in marketing granted orders (MGOs) because they can help ensure that the marketing of a new tobacco product remains APPH after authorization.  FDA has included such restrictions in MGOs issued to date.

Before determining that permitting the marketing of a tobacco product would be APPH, FDA also takes into account whether the applicant has provided sufficient information regarding product design, chemistry, stability, manufacturing controls including process controls and quality assurance procedures, toxicology, abuse liability, and other factors that can impact the product's risks and benefits to individual users, including relative to those of other tobacco products on the market.

## 1.2.  TARGETED REVIEW

We have conducted a targeted scientific review of the subject applications to determine whether they could establish a net population health benefit necessary to demonstrate that permitting the marketing of the new tobacco products is APPH.  This targeted review focuses specifically on behavioral evidence and mitigation measures related to the risk to youth and benefit to adults.  In general, where our targeted scientific review finds that the evidence might be capable of showing a net benefit that could meet the APPH standard, we refer the application for further scientific review because, in order to grant a marketing authorization, FDA needs to complete scientific review by all relevant disciplines (e.g., chemistry, toxicology) and ensure that nothing else precludes an APPH determination.  In contrast, for applications where the evidence regarding youth risk and adult benefit is not capable of showing a net benefit that could establish APPH, that further analysis is unnecessary.

In assessing risk to youth, our starting point is the extensive published literature that establishes substantial youth risk from flavored ENDS, as detailed in section 2.3.2 below.  We then consider whether the applicant has proposed any measures that could mitigate that risk for the subject products to a material degree.  As discussed in detail in section 2.3.4 below, to date FDA has found that advertising and promotion restrictions and sales access restrictions cannot mitigate this substantial risk to youth from flavored ENDS sufficiently to reduce the magnitude of adult benefit required to demonstrate APPH.  Rather, for flavored ENDS, only the most stringent mitigation measures have such mitigation potential; to date, the only such measures identified with the potential for that kind of impact have been device access restrictions.  Nonetheless, consistent with concerns expressed by a number of federal courts, as part of targeted review, FDA is now reviewing all applicant-proposed marketing restrictions and mitigation measures to determine whether there are novel and materially different proposed measures that might mitigate the substantial risk to youth from flavored ENDS sufficiently to decrease the magnitude of adult benefit required to show APPH.

In assessing adult benefit, where we have concluded that the risk to youth from the subject flavored ENDS products is substantial, we review the subject applications to determine whether

# Tab 3

## Breeze Smoke TPL Excerpt – FDA-BREEZE SMOKE-000067

options for complete switching or significant cigarette reduction bears on the extent of the public health benefit that the subject ENDS may provide to that population.

FDA conducts this targeted scientific review to determine which applications to refer to further review, including, if warranted, scientific review by multiple disciplines. FDA's multi-disciplined scientific review process for PMTAs can involve engaging ten scientific disciplines within FDA's Center for Tobacco Products (including chemistry, engineering, toxicology, environmental science, epidemiology, behavioral and clinical pharmacology, medical, microbiology, social science, and regulatory), each of which evaluates the application regarding the issues concerning that discipline. All of those reviews are then collected, reviewed, and summarized by a Technical Project Lead who then writes a summary of all of the reviews and develops a recommendation as to whether the application should be granted or denied. However, this process is labor-intensive and time-consuming and, where applications contain clear and critical deficiencies, it is ultimately unnecessary to conduct all of the discipline reviews to determine whether the product cannot be found to be APPH. Accordingly, FDA conducts a more targeted scientific review to screen applications for certain deficiencies that would make further multi-disciplined scientific review unnecessary and impracticable given the large volume of applications under review. See section 910(c)(3).

If FDA finds in its targeted review that the applicant has failed to include evidence that is capable of showing a sufficient benefit to adult smokers that could outweigh the known and substantial risk to youth from flavored ENDS (taking into account any applicant-proposed marketing restrictions or other risk mitigation measures), FDA issues a marketing denial order, because without such a showing, it will not be possible for the application to establish that the marketing of the new products will be APPH. However, if FDA determines through its targeted review that the application might be capable of showing that benefit through reliable and robust evidence, the application will be referred to further scientific review to consider whether the evidence put forth does in fact demonstrate that permitting the marketing of the new product is APPH, and whether other conditions for marketing authorization are met.

### 2.3.2. THE RISK TO YOUTH OF FLAVORED ENDS PRODUCTS

As noted, the APPH determination includes an assessment of the risks and benefits to the population as a whole, and for ENDS (as well as many other tobacco products) the application of that standard requires assessing the potential impact of the marketing of a new product on youth use. As a group, youth are considered an at risk population for various reasons, including that the majority of tobacco use begins before adulthood (U.S. Department of Health and Human Services, 2012) and thus youth are particularly susceptible to tobacco initiation. In fact, use of tobacco products, no matter what type, is almost always started and established during adolescence when the developing brain is most vulnerable to nicotine addiction. Almost 90 percent of adults who smoke daily started smoking by the age of 18 (U.S. Department of Health and Human Services, 2014). Adolescents who initiated tobacco use at earlier ages were more likely than those initiating at older ages to report symptoms of tobacco dependence, putting them at greater risk for maintaining tobacco product use into adulthood (Apelberg et al., 2014). On the other hand, youth and young adults who reach the age of 26 without ever starting to use cigarettes will most likely never become daily smokers (U.S. Department of Health and Human Services, 2014). Because of the lifelong implications of

# Tab 4

Breeze Smoke TPL Excerpt –
FDA-BREEZE SMOKE-000075

youth, for example, this assessment includes evaluating the abuse liability and addiction potential of the product.

FDA has been using the APPH standard for several years in reviewing PMTAs for non-ENDS products. Our substantive review of PMTAs for ENDS since 2020 has deepened our experience with the APPH evaluation, including with respect to tobacco use behavior. In these reviews, the expectations for scientific evidence related to potential adult benefit can vary based on demonstrated risk to youth. Specifically, in the absence of strong, direct evidence, we are unable to reach a conclusion that the benefit of flavored ENDS outweighs the clear risks to youth. Applicants who do not conduct their own behavioral studies must rely on, and bridge to, other comparable products or the general ENDS category literature to inform an evaluation of the potential benefit to adult users. To date, that approach has not been sufficient in our evaluation of flavored ENDS PMTAs because, in contrast to the evidence related to youth initiation—which shows clear and consistent patterns of real-world use that support strong conclusions—the evidence regarding the role of flavors in promoting switching among adult smokers is far from conclusive.[xxi] Although indirect evidence or bridged data from the literature may still be appropriate for many new products, including tobacco-flavored ENDS, which do not present the same risk to youth as flavored ENDS products, robust and direct evidence demonstrating potential benefit is needed when the known risks are high. Given the state of the science on flavored ENDS, and the known risks to youth, FDA has reviewed these applications for any acceptably strong product-specific evidence to support the statutorily required showing that permitting such tobacco product to be marketed would be appropriate for the protection of the public health.

More specifically, in order to adequately assess whether such an added benefit could be demonstrated, FDA has reviewed these applications for product-specific[xxii] evidence that would enable a comparison between the applications' new flavored products and an appropriate comparator tobacco-flavored product (both ENDS) in terms of their impact on tobacco use behavior among adult smokers. Reliable and robust data are needed to evaluate the impact of the subject products as compared to tobacco-flavored ENDS on adult smokers' switching or cigarette reduction over time because tobacco-flavored ENDS have not been shown to present the same risks to youth as flavored ENDS.[xxiii] Whether

---

[xxi] This discrepancy between the literature for youth initiation and adult switching also likely reflects fundamental differences in the two outcomes being assessed—youth initiation and switching among adult smokers—and their determinants. For switching among adult smokers, the behavior change is occurring in the context of nicotine dependence. Thus, the specific product's ability to provide adequate reinforcement and continue to satisfy a smoker's cravings over time, which is a function of the design of the specific product itself, are critical factors in determining likelihood of continued use and the product's ability to promote switching. By contrast, for youth initiation, experimentation among naïve or novice users is not driven by these factors.

[xxii] By product-specific, we mean the data are based on studies using the specific new products that are the subject of the application(s). If the applicant has a large number of product variants (e.g., nicotine concentration and/or flavor options), it may be justifiable to bridge data from a study including a subset of their products to one or more of their other products (not included in the study).

[xxiii] In general, tobacco-flavored ENDS are less appealing to youth compared to flavored ENDS, making the risk of youth initiation lower for these products. Findings from a discrete choice experiment showed that flavors were associated with more curiosity, less perceived danger, and greater perceived ease-of-use among high school students, compared to tobacco flavor (Chaffee et al., 2020). Additionally, the published literature indicates that youth report significantly higher preference for flavored ENDS compared to tobacco-flavored ENDS (Groom et al., 2020; Harrell et al., 2017; Morean et al.,

# Tab 5

## Breeze Smoke TPL Excerpt – FDA-BREEZE SMOKE-000082

added benefit to adult users of their flavored ENDS over an appropriate comparator tobacco-flavored ENDS. These reviews included a search of the PMTAs to determine whether the evidence is found anywhere within the PMTAs, and if present, if certain conditions were met (e.g., was the randomized controlled trial conducted using the new products that are the subject of the PMTA). Our review also included a search for other studies that provided product-specific evidence related to the potential benefit to adults who use tobacco products.

## 3. SCIENTIFIC REVIEW

Reviews were completed by Catherine Kemp and Ruben Montes de Oca  on May 8, 2024.

FDA reviewed the subject applications to determine whether they could establish a net population health benefit necessary to demonstrate that permitting the marketing of the new tobacco products is APPH.  In assessing the risk to youth, we considered the extensive published literature (see section 2.3.2) as well as the applicant-proposed marketing restrictions and other mitigation measures.  The applicant proposed measures such as:  only selling ENDS to customers age 21 and older; not selling ENDS in a vending machine unless in an adult-only facility; not providing free samples of ENDS to consumers, including any of their components or parts; and depicting appropriately-aged individuals in their campaigns. The applicant did not propose any novel or materially different measures from those that FDA has previously considered and found insufficient.  Consistent with the explanation in section 2.3.4 above, we find that the applicant-proposed measures do not have the potential to mitigate the substantial risk to youth from flavored ENDS sufficiently to justify further scientific review of an application that does not include robust and reliable evidence of adult benefit.

FDA also reviewed these applications for evidence demonstrating that the new flavored products will provide an added benefit to adults who use CC relative to tobacco-flavored ENDS products.  The reviews determined that the PMTAs did not contain evidence from a randomized controlled trial and/or longitudinal cohort study examining the benefit to adults who use their flavored ENDS over an appropriate comparator tobacco-flavored ENDS in terms of completely switching from or significantly reducing cigarettes.

The PMTAs contained a cross-sectional consumer survey, but this evidence is not sufficiently strong to support the benefit of using these flavored ENDS to adults who smoke because it does not evaluate the specific products in the applications; evaluate complete switching or significant cigarette reduction resulting from use of these products over time; or evaluate these outcomes based on flavor type to enable comparisons between tobacco and other flavors.  Accordingly, this evidence is not adequate.  Given these findings, we did not refer these applications for further scientific review.

## 4. ENVIRONMENTAL DECISION

Under 21 CFR 25.35(b), issuance of an order under section 910(c) of the Federal Food, Drug, and Cosmetic Act that a new product may not be introduced or delivered for introduction into interstate commerce (i.e., a marketing denial order) falls within a class of actions that are ordinarily categorically excluded from the preparation of an environmental assessment (EA) or environmental impact statement (EIS). To the best of our knowledge, no extraordinary circumstances exist that

Tab 6

FDA ENDS PMTA Guidance (June 2019)
Excerpt –
FDA-BREEZE SMOKE-003104-003105

*Contains Nonbinding Recommendations*

Nonetheless, in general, FDA does not expect that applicants will need to conduct long-term studies to support an application.[23] As an example for nonclinical assessments, long-term studies such as carcinogenicity bioassays are not expected to be included in an application. For clinical assessments, instead of conducting clinical studies that span months or years to evaluate potential clinical impact, applicants could demonstrate possible long-term health impact by including existing longer duration studies in the public literature with the appropriate bridging information (i.e., why the data used are applicable to the new tobacco product) and extrapolating from short-term studies.[24] In addition, nonclinical in vitro assays that assess the toxicities that are seen following long-term use of tobacco products may be supportive of these clinical assessments. These studies, used as a basis to support a PMTA, should be relevant to the new tobacco product and address, with robust rationale, acute toxicological endpoints or other clinical endpoints that may relate to long-term health impacts. In this context, FDA considers long-term studies to be those studies that are conducted over six months or longer.

FDA recommends that you provide a detailed explanation of how the data and information provided in your PMTA (including the information required by section 910(b)(1) of the FD&C Act) constitute valid scientific information that would support a finding by FDA that marketing your new tobacco product is APPH.

If an applicant has questions about investigations, including alternatives to well-controlled investigations it would like to utilize, we recommend that the applicant meet with FDA to discuss the approach prior to preparing and submitting an application.[25] For additional information regarding alternatives to well-controlled investigations please see section X of this guidance.

### 3. Comparison Products

As part of FDA's consideration under 910(c)(4) of the FD&C Act of the risks and benefits of the marketing of the new tobacco product to the population as a whole, including users and nonusers of tobacco products, FDA reviews the health risks associated with changes in tobacco product use behavior (e.g., initiation, switching, dual use, cessation) that are likely to occur with the marketing of the new tobacco product. We recommend an applicant compare the health risks of its product to both products within the same category and subcategory, as well as products in different categories as appropriate. It is helpful for FDA to understand applicant's rationale and justification for comparators chosen within the same category or different categories of tobacco products. This comparative health risk data is an important part of the evaluation of the health effects of product switching.

Information about tobacco products in the same category or subcategory is important to FDA's evaluation of a tobacco product's potential effect on public health because current users may switch to other products within the same category. For tobacco products that are within the same category and subcategory, we recommend applicants consider products that consumers are most likely to considered interchangeable between your proposed product and other similar products.

---

[23] See section X for additional discussion.
[24] See section X of the guidance for more information about alternatives to conducting long-term studies.
[25] See the R&D meetings guidance.

FDA-BREEZE SMOKE-003104

*Contains Nonbinding Recommendations*

For example, for a PMTA for an e-liquid, FDA recommends the product's health risks be compared to those health risks presented by other e-liquids used in a similar manner. This comparison of health risks is not meant to be a 1:1 product comparison as in a substantial equivalence report under section 905(j), rather, it is meant to demonstrate how the proposed new product may be evaluated in relation to similar products. We recommend as part of the evaluation of the new product's risk compared to other tobacco products that you include those characteristics (materials, ingredients, design, composition, heating source, or other features) that contribute to the new product presenting the same, less, or different health risks than other tobacco products of similar category and subcategory.

Information about tobacco products in different categories is important to FDA's evaluations because it can help demonstrate the changes in health risks current tobacco users could face if they switched to your new tobacco product or use it in conjunction with their current tobacco product. For tobacco products that are not in the same tobacco product category, but that may be appropriate for examining health risk, FDA recommends determining the likely users of the proposed new product to justify appropriate products for demonstrating the health risks of the new product in comparison to other tobacco products. For example, in the 2018 tobacco market conditions, some ENDS product manufacturers market their products as replacements for combusted cigarettes. In this case, it could be appropriate to evaluate the risks of ENDS products in relation to the risks of both cigarettes and other similar ENDS products. Polytobacco use risks should also be considered.

### 4.  Nicotine exposure warnings

Section 910(b)(1)(F) of the FD&C Act requires a PMTA to contain specimens of the labeling proposed to be used for the new tobacco product. Warning statements are an important part of the product's labeling. Given the health risks and hazards associated with exposure to e-liquids (including oral, dermal, and ocular dangers), nicotine exposure warnings on labels or labelling of finished ENDS products that contain nicotine can help establish that permitting the marketing of the product would be APPH. FDA believes a nicotine exposure warning is important to aid in the prevention of, or decrease in, the risk of acute toxicity by warning consumers and the public about the risk of inadvertent exposure to nicotine (up to and including potentially deadly nicotine poisoning), especially by children. To that end, FDA recommends that a nicotine exposure warning be included in specimens of the labels or labeling that are submitted.

Nicotine exposure warnings should accurately and truthfully communicate the health risks and hazards of e-liquid use in a clear and simple manner. To best help your product meet the standard for authorization, we recommend that nicotine exposure warnings:

- Be clear, conspicuous, prominent, understandable, factual, and not false or misleading;
- Be indelibly printed on the label/labeling of the tobacco product on the side that is most likely to be viewed by a consumer (if the packaging is too small to accommodate a legible warning, FDA recommends that these warnings be permanently affixed on the product's carton or other outer container, wrapper, or a tag otherwise permanently affixed to the tobacco product package);

FDA-BREEZE SMOKE-003105

Tab 7

FDA ENDS PMTA Guidance (June 2019)
Excerpt –
FDA-BREEZE SMOKE-003106-003108

*Contains Nonbinding Recommendations*

      i.      Consumer perceptions and intentions

Consumer perception evaluations should address how consumers perceive product harms and include consideration of packaging and labeling. These evaluations should also address interest in and intentions to use the product, including among populations of non-users of tobacco products (e.g., vulnerable populations such as youth and young adults). Examples of information that may be considered in this analysis include published reports and data on consumer perceptions of the new tobacco product and its packaging and consumer intentions to use the product, and data you collect on consumer perceptions of the harms of the new tobacco product and of its proposed labeling or advertising and intentions to use the product, including among populations of non-users of tobacco products. If you are collecting data on consumer perceptions or intentions, we recommend evaluating perceptions of the product, both absolute and in comparison to other categories of tobacco products and to quitting all tobacco use. This evaluation should include the use intentions among current ENDS users, nonusers, and other tobacco product users, as well as reasons for use (e.g., complete substitution, use in environments where smoking is not allowed, fun and enjoyment).

      ii.     Likelihood of initiation and cessation by both users and nonusers of tobacco products

Evaluations of the likelihood of initiation among never-users and former users of tobacco products and cessation among current tobacco users should cover a range of tobacco use behaviors related to your new tobacco product. Examples of information that FDA recommends considering in these evaluations include:

- Published literature or applicant-initiated studies evaluating the effects of the ENDS on users, including effects on initiation, switching behavior, cessation, and dual use; and on nonusers' initiation of the product. Published literature or studies should be of the same or similar ENDS product. Where the ENDS product studied is similar to the new tobacco product, the applicant should explain why making such a comparison is appropriate; and
- Scientific information (e.g., information collected from peer-reviewed literature or data you collect on your product) on the likelihood of tobacco product use by nonusers, specifically youth and young adults, pregnant women, and other vulnerable populations.

Although randomized clinical trials could address cessation behavior of users of tobacco products, FDA believes this would also be true for observational studies (perception, actual use, or both) examining cessation behaviors.[43]

      iii.    Product use patterns

Evaluation of product use patterns should consider the topography of how individual users consume the product (e.g., the number of puffs, puff duration, puff intensity, duration of use), the

---

[43] FDA recognizes that some clinical investigations examining cessation may require an investigational new drug application (IND). FDA encourages applicants to contact FDA with questions about whether the IND requirements apply to a particular clinical investigation.

FDA-BREEZE SMOKE-003106

*Contains Nonbinding Recommendations*

frequency with which consumers use the product, and the trends by which users consume the product over time. FDA recommends that information and data on product use, including use in conjunction with other tobacco products, be assessed, when possible, by factors that may be expected to influence such patterns, such as age group (including youth and young adults), sex, race, ethnicity, and education.

- If the product has not been previously marketed, such information could be collected from actual use studies.
- For previously marketed products, marketing data or company research conducted to understand the use patterns could be used as well. In addition, applicants may incorporate information from national surveys or the results of other published studies.
- Although most studies in the published scientific literature typically focus on general ENDS products and are not usually product-specific or type-specific, data from these studies can still be informative to assess overall ENDS product use information. Applicants using published studies of ENDS use to support their application should provide a scientific rationale and bridging information to allow FDA to assess whether the findings of such studies would be relevant to the product that is the subject of the application.
- In addition, applicants may need to supplement information from existing studies and surveys with applicant-specific perception surveys or actual use studies.

Section IV discusses FDA's current thinking on alternatives for obtaining study information and using bridging studies to apply existing studies to your product.

FDA also recommends sharing your marketing plan to enable FDA to better understand the potential consumer demographic. In addition, and if the product is currently marketed,[44] FDA recommends sharing sales data broken down by population demographics and tobacco use status. Sales data, if available, should be analyzed in regular (preferably 4-week or monthly) intervals and should include:

- The Universal Product Code that corresponds to the product(s) identified in the PMTA;
- Total U.S. sales reported in dollars, units, and volume with breakdowns by U.S. census region, major retail markets, and channels in which the product is sold (e.g., convenience stores, food and drug markets, big box retailers, internet/online sales, tobacco specialty shops) promotional discounts (e.g., buy-one-get-one free or percentage discount);
- Demographic characteristics of product(s) purchasers, such as age, gender, and tobacco use status; and
- Information on top selling brands as a comparison for all recommended information, if available, so FDA can assess the market for the PMTA product to better estimate the potential impact on public health.

   iv.  Labeling comprehension and actual use

---

[44] FDA recognizes that some products covered by this guidance were on the market before FDA deemed all tobacco products subject to the FD&C Act and would expect that some would continue to be on the market during the final deeming rule's compliance period. These currently marketed products should provide data on current U.S. sales.

FDA-BREEZE SMOKE-003107

*Contains Nonbinding Recommendations*

FDA recommends that you include studies demonstrating that users and nonusers understand the product's labeling and instructions for use, and use the product according to its labeled instructions, including studies such as labeling comprehension studies, focus group studies, and surveys. FDA also recommends that you provide a description of how the product is actually used by the consumer, including both use as intended and use as not intended.

      v.    Human factors

Analyses to evaluate the impact of human factors may be helpful to identify risks associated with "real world" use of a new tobacco product and demonstrate that potential risks associated with use for both users and nonusers have been mitigated.

Human factors considerations and analyses should include studies, such as actual use studies, labeling comprehension studies, focus group studies, and surveys, that identify:

- Normal use and foreseeable misuse conditions (e.g., dripping);
- Product users and nonusers;
- Use environment, such as home, community settings, and mobile environments (e.g., cars, planes, other public forms of transportation);
- Use-related hazards and estimated use error risk (including misuse);
- Risk controls to ensure that harms and unintended consequences are minimized; and
- Adverse experiences.

      vi.    Abuse liability

Abuse liability evaluations, including pharmacokinetic evaluations, should consider the addictiveness and abuse and misuse potential of the new product and the exposure to nicotine during product use. These evaluations should consider:

- Published reports and data describing the abuse potential of the e-liquid or e-cigarette when used as an ENDS, as well as the abuse potential in comparison to other relevant tobacco products (such as cigarettes or other ENDS products); and
- Published reports and pharmacokinetic data (including published reports) examining the exposure to nicotine during use.

      vii.   Bi omarkers of harm and biomarkers of exposure

Biomarkers of harm and biomarkers of exposure may include published reports or data on biomarkers of harm, biomarkers of exposure, and/or other intermediate health measures to users and nonusers. For example, biomarkers of toxicant exposure may include compounds such as cotinine, NNAL, and NNN. Section X discusses FDA's current thinking on alternatives for obtaining study information.

      viii.   Health outcomes

FDA-BREEZE SMOKE-003108

Tab 8

October 28, 2019 Public Meeting Transcript
(Excerpt) –

FDA-BREEZE SMOKE-003109

1    and have changes that are clinically relevant are

2    the most useful.  There is not an agreed upon

3    panel of biomarkers established to understand

4    ENDS impact on human health at this time.

5         Applicants have also asked what

6    studies are required to support a PMTA?  It may

7    be possible to support a marketing order for a

8    ENDS product without conducting new, non-clinical

9    or clinical studies given other data sources can

10   support this PMTA.  In most situations, it is

11   likely that at least some analytical testing

12   specific to the product would be conducted to

13   support your PMTA.

14        If conducting studies, alternatives to

15   the traditional randomized, controlled clinical

16   trials, which are typically used for drug

17   development, may be appropriate to support a

18   PMTA.  Again, the most useful studies are those

19   that are generalizable to the U.S. population.

20        If you have a product currently

21   available on the market, it is possible that

22   research has been done on that product or your

# Tab 9

## October 23, 2018 Public Meeting Transcript (Excerpt) –

## FDA-BREEZE SMOKE-003110-003111

1    exposures and potential harm are likely

2    anticipated worth evaluating?  What is the likely

3    nicotine exposure for the user, and do various

4    flavorings or other ingredients impact nicotine

5    exposure?

6            This could be a direct chemical

7    interaction, or it could be through a metabolic

8    interaction.  Sorry.  We have some understanding

9    that factors, such as nicotine concentration,

10   voltage, puffing behavior, impact nicotine

11   exposure.  Thus, evaluating such parameters is

12   likely helpful in understanding the range of

13   nicotine exposure.

14           And recall that when evaluating

15   potential risk of a proposed product, the statute

16   itself requires that applicants show the health

17   risks of the tobacco product, and whether tobacco

18   product presents lower risk than other tobacco

19   products.

20           Applicants have also asked: what

21   studies are required for a PMTA?  There are

22   specific study requirements for a PMTA, and it

1    may be possible to support a marketing order for

2    an ENDS product, as an example, without

3    conducting new non-clinical or clinical studies,

4    given other data sources can support the PMTA,

5    and provide sufficient information to inform FDA

6    that the product is appropriate for the

7    protection of public health, APPH, and address

8    the other 910(c)(2) issues discussed earlier.

9           In most situations, it is likely that

10   at least some analytical testing specific to the

11   product would be conducted to support a PMTA.  If

12   you have a product currently available on the

13   market, it is possible that research has been

14   done on the product, or your product is similar

15   to other products, which are publicly available

16   and are a subject of research studies, in which

17   case, you may submit the available information,

18   along with bridging information to justify the

19   use of such underlying studies.

20          If conducting studies, alternatives to

21   the traditional randomized controlled clinical

22   trials, which are typically used for drug

# Tab 10

Emily R. Busta October 28-29, 2019 Public Meeting Presentation Slides (Excerpt) – FDA-BREEZE SMOKE-003112-003113





CENTER FOR TOBACCO PRODUCTS
FDA-BREEZE SMOKE-003112

# PREMARKET TOBACCO PRODUCT APPLICATION (PMTA) REVIEW PATHWAY

Presented by:
Emily R. Busta, M.S.
Regulatory Health Project Manager
Division of Regulatory Project Management
Office of Science
Center for Tobacco Products
U.S. Food and Drug Administration

Disclaimer: This is not a formal dissemination of information by FDA and does not represent Agency position or policy.

October 28-29, 2019 | Deemed Tobacco Product Applications: A Public Meeting

# DEFICIENCIES AND AMENDMENTS (PHASE 3)

- If FDA has questions or identifies additional information needed to render a decision, FDA may choose to issue a Deficiency Letter. The applicant can submit an amendment in response to the Deficiency Letter
- If the applicant submits a **major amendment** to their application, either at FDA's request or on its own initiative, a **new 180 day review period** would begin on the date which FDA receives the major amendment
  - FDA considers major amendments to be those that will require substantial review time. Examples of major amendments include: new data from a previously unreported study, detailed new analyses of previously submitted data, or required necessary information that was previously omitted
- FDA is *not* obligated to review unsolicited amendments

Review

# Tab 11

FDA OS June 2021 Virtual Meeting Transcript
(Excerpt) –
FDA-BREEZE SMOKE-003114

for the range of the operating conditions. So, various temperatures, wattage, voltage levels as appropriate, and provide a scientific rationale for the choice of the settings that were used in their study. Including how we should be using that information to interpret the results or to bridge the data to other settings. So, we do think that using bridging to provide a easier way to provide us the data and allows us to review a lot less data is a great opportunity. However, we do wanna make sure that we understand all of the implications that bridging brings to that table when you provide that information,

ANNE RADWAY:

OK, Cristi, this one is for you. In the past, we have seen multiple rounds of deficiency questions for an application. For example, advice information requests, questions followed by preliminary findings questions, and even rounds of environmental questions. Given the current challenges facing CTP, how likely is this process and the number of rounds of question to change?

CRISTI STARK:

OK. So, I'm gonna just be completely honest. In order to be most efficient with our review processes for the very large number of September 9th, 2020 applications received, FDA has streamlined the process for all review programs and has generally limited the application review to one deficiency letter. FDA will continue to issue environmental information request letters as appropriate. These letters, the environmental information requests differ from our deficiency letters, as those letters have already determined scientifically that the application is supported. So, you would see an appropriate letter at the end. And I'm just gonna note, if there are additional clarifications or anything in response to the deficiency letter, the RHPM will reach out to contact you for quick discussion. But I do want all applicants to be aware that in general, we are limiting review rounds to one deficiency letter.

ANNE RADWAY:

Thank you. This kind of leads to our next question. I'm gonna let Joanna answer it. What is the process for obtaining case-by-case extensions of the compliance period?

JOANNA C. RANDAZZO:

OK. So, FDA certainly understands the interest in this topic. And as you've stated in previous responses and during the presentation, we are striving to review and resolve as many applications as possible before September 9th, 2021. Broadly speaking we know as with all unauthorized products, generally, if a product has not received marketing authorization by the end of the one-year review period, the product risks FDA enforcement. Questions about enforcement plans and policy beyond the end of the compliance period are outside of the scope of this meeting and what FDA plans discussed today. But when we do have information to share, we will be sharing it publicly with all interested stakeholders.

ANNE RADWAY:

Alright, thank you. Next question. What percentage of applications were for flavored products? Crystal, do you wanna take this one?

CRYSTAL ALLARD:

Sure. We don't currently track this data in a way that makes it easy for us to do that type of reporting and to give a precise number, but we can say that the majority of ENDS PMTAs are for flavored

# Tab 12

Breeze Smoke Acceptance Letter –
FDA-BREEZE SMOKE-003115-003120



U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993
www.fda.gov

January 05, 2021

**ACCEPTANCE**

Breeze Smoke, LLC
Attention: Marc C. Sanchez, Esq.
53516 Bickett
Chapel Hill, NC 27517

**FDA Submission Tracking Number (STN):** PM0003303, see Appendix A

Dear Mr. Sanchez:

We accept your PMTAs[1] for the tobacco products identified in Appendix A. Note that attributes in Appendix A may display converted values.

Your PMTAs will move forward in the review process.  FDA may request to conduct inspections, which may include manufacturing inspections and clinical and nonclinical research inspections, to verify the information submitted in your PMTAs. The results of these inspections may also be used to verify the information submitted in any additional applications that reference the same manufacturing and research information. To ensure that the appropriate records and personnel will be available during the inspections, FDA will notify the point(s) of contact identified prior to the inspection start date.

We will notify you if samples are required for independent testing and verification.  If samples are required, you will be notified by letter of the number of samples required and the laboratory address where samples must be received.  All requested samples should be received by the laboratory identified in the letter within 14 calendar days of the request.

---

[1] Premarket Tobacco Product Application (PMTA) submitted under section 910 of the Federal Food, Drug, and Cosmetic Act (FD&C Act)

FDA-BREEZE SMOKE-003115

If you have any questions, please contact Sequoia Bacon, M.H.A., Regulatory Health Project Manager, at (301) 796-0736 or Sequoia.Bacon@fda.hhs.gov.

Sincerely,

Digitally signed by Angela Brown -S
Date: 2021.01.05 16:34:06 -05'00'

Angela Brown, M.P.H.
Lead Regulatory Health Project Manager
Division of Regulatory Project Management
Office of Science
Center for Tobacco Products

**Enclosure (if provided electronically, the Appendix is not included in physical mail):**
Appendix A – New Tobacco Products Subject of This Letter

FDA-BREEZE SMOKE-003116

**Appendix A[2,3]**

New Tobacco Products Subject of This Letter

| Common Attributes of PMTAs | |
|---|---|
| Submission date | September 30, 2020 |
| Receipt date | September 30, 2020 |
| Applicant | Breeze Smoke LLC |
| Product manufacturer | Breeze Smoke LLC |
| Product category | ENDS(VAPES) |
| Product subcategory | ENDS Component |
| **Attributes** | **New Tobacco Product** |
| STN | PM0003303 |
| Static Product ID | PD1 |
| Product Name | Breeze Smoke Disposable Pod ENDS Strawberry Kiwi |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor | Strawberry Kiwi |
| Additional Property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 35/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| STN | PM0003303 |
| Static Product ID | PD2 |
| Product Name | Breeze Smoke Disposable Pod ENDS Pineapple Lemon |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor | Pineapple Lemon |
| Additional Property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 44/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| STN | PM0003303 |
| Static Product ID | PD3 |
| Product Name | Breeze Smoke Disposable Pod ENDS  Peach Mango |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor | Peach Mango |
| Additional Property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 39/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |

[2] Properties to uniquely identify the new tobacco products were provided by the applicant as of the date of this letter, and not confirmed by FDA.  Upon scientific review, the unique identification may be revised.

[3] Brand/sub-brand or other commercial name used in commercial distribution.

FDA-BREEZE SMOKE-003117

| Attributes | New Tobacco Product |
|---|---|
| STN | PM0003303 |
| Static Product ID | PD4 |
| Product Name | Breeze Smoke Disposable Pod ENDS Lychee Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor | Lychee Mint |
| Additional Property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 31/55, E-Liquid Volume 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| STN | PM0003303 |
| Static Product ID | PD5 |
| Product Name | Breeze Smoke Disposable Pod ENDS  Strawberry Banana |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor | Strawberry Banana |
| Additional Property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 40/40, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| STN | PM0003303 |
| Static Product ID | PD6 |
| Product Name | Breeze Smoke Disposable Pod ENDS Peach Soda |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor | Peach Soda |
| Additional Property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 38/40, E-Liquid Volume 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| STN | PM0003303 |
| Static Product ID | PD7 |
| Product Name | Breeze Smoke Disposable Pod ENDS Berry Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor | Berry Mint |
| Additional Property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 44/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| STN | PM0003303 |
| Static Product ID | PD8 |
| Product Name | Breeze Smoke Disposable Pod ENDS Blueberry Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor | Blueberry Mint |
| Additional Property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 11/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |

FDA-BREEZE SMOKE-003118

| Attributes | New Tobacco Product |
|---|---|
| STN | PM0003303 |
| Static Product ID | PD9 |
| Product Name | Breeze Smoke Disposable Pod ENDS Pomegranate Berry Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor | Pomegranate Berry Mint |
| Additional Property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 36/45, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |
| STN | PM0003303 |
| Static Product ID | PD10 |
| Product Name | Breeze Smoke Disposable Pod ENDS Lemon Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Characterizing Flavor | Lemon Mint |
| Additional Property | Length: 110mm, Diameter:14mm, Nicotine: 5%, PG/VG: 47/40, E-Liquid Volume: 3.3mL, Wattage: 6.5w, Battery Capacity: 650mAh |

**OFFICE OF SCIENCE—HISTORY AND CONCURRENCE PAGE**
This page is for FDA internal use only.
**Do NOT send this page with any correspondence being sent outside of CTP.**

| Document History | |
| --- | --- |
| Submission Tracking Number (STN): | PM0003303 |
| Communication Type: | Letter |
| Document History: | *Each reviewer is to include his/her name and date of review of this document*:<br><br>L. Garven 12/29/2020, 1/5/2021<br>A.Brown 1/5/21 |

| Final Clearance | |
| --- | --- |
| **Position** | **Name and date of final clearance** |
| RHPM | *CONCUR*<br>*By Liam Garven at 4:21 pm, Jan 05, 2021* |
| RHPM CHIEF | |

| Comments (e.g., predicate, policy, transfer of ownership issues) |
| --- |
| |

**Instructions for Use**

- For SE, if issuing an acceptance letter for more than one product category, attach all relevant appendices to cover each category and subcategory listed in the letter.

**END OF HISTORY AND CONCURRENCE PAGE**

Template version: 12/4/2020

FDA-BREEZE SMOKE-003120

# Tab 13

## PMTA Excerpt (Survey Response) – FDA-BREEZE SMOKE-003121-003129

**PMTA Survey Response**

Customer's Age?

163 responses



**Customer's Age -163 Responses**

| Age | Number of Responders | Percent (%) |
|-----|---------------------|-------------|
| 21 | 13 | 7.9% |
| 22 | 10 | 6.1% |
| 23 | 1 | 0.6% |
| 24 | 9 | 5.5% |
| 25 | 6 | 3.7% |
| 26 | 2 | 1.2% |
| 27 | 14 | 8.5% |
| 28 | 2 | 1.2% |
| 29 | 6 | 3.7% |
| 30 | 10 | 6.1% |
| 31 | 7 | 4.3% |
| 32 | 14 | 8.5% |
| 33 | 2 | 1.2% |
| 34 | 3 | 1.8% |
| 35 | 3 | 1.8% |
| 36 | 10 | 6.1 |
| 37 | 2 | 1.2% |
| 38 | 2 | 1.2% |
| 39 | 2 | 1.2% |
| 40 | 11 | 6.7% |
| 41 | 1 | 0.6% |
| 42 | 2 | 1.2% |
| 43 | 3 | 1.8% |

| 44 | 2 | 1.2% |
|----|---|------|
| 45 | 2 | 1.2% |
| 46 | 2 | 1.2% |
| 47 | 2 | 1.2% |
| 48 | 1 | 0.6% |
| 49 | 1 | 0.6% |
| 50 | 2 | 1.2% |
| 51 | 1 | 0.6% |
| 53 | 2 | 1.2% |
| 54 | 3 | 1.8% |
| 55 | 1 | 0.6% |
| 56 | 1 | 0.6% |
| 57 | 1 | 0.6% |
| 58 | 2 | 1.2% |
| 61 | 3 | 1.8% |
| 69 | 1 | 0.6% |
| 71 | 1 | 0.6% |

How many years have you smoked cigarettes?

163 responses



**How Many years have you smoked cigarettes? -163 Responses**

| Number of Years | Number of Responders | Percent (%) |
|-----------------|----------------------|-------------|
| <1 year | 30 | 18.4% |
| 1-5 years | 28 | 17.2% |
| 5-10 years | 34 | 20.9% |
| 10-20 years | 44 | 27% |
| 20 years or more | 27 | 16.6% |

How many years have you vaped?

163 responses



**How Many years have you vaped? -163 Responses**

| Number of Years | Number of Responders | Percent (%) |
|---|---|---|
| <1 year | 32 | 19.6% |
| 1-5 years | 95 | 58.3% |
| 5-10 years | 28 | 17.2% |
| 10-20 years | 7 | 4.3 |
| 20 years or more | 1 | 0.6% |

When was the last time you smoked a cigarette?

163 responses



**When was the last time you smoked a cigarette? -163 Responses**

| Number of Years | Number of Responders | Percent (%) |
|---|---|---|
| The last month | 18 | 11% |
| The last 2-6 months | 6 | 3.7% |
| The last 6 months to a year | 17 | 10.4% |
| The Last 1-5 Years | 83 | 50.9% |

FDA-BREEZE SMOKE-003123

| The last 5-10 years | 27 | 16.6% |
| The last 10-20 years | 12 | 7.4% |



Are vaping products helpful in keeping you from smoking cigarettes?
163 responses

- Yes
- No

99.4%

**Are vaping products helpful in keeping you from smoking cigarettes? -163 Responses**

| Response | Number of Responders | Percent (%) |
|---|---|---|
| Yes | 162 | 99.4% |
| No | 1 | 0.6% |



Without vaping, would you return to smoking combustible cigarettes?
163 responses

- Yes
- No

21.5%

78.5%

**Without vaping, would you return to smoking combustible cigarettes? -163 Responses**

| Response | Number of Responders | Percent (%) |
|---|---|---|
| Yes | 128 | 78.5% |
| No | 35 | 21.5% |

FDA-BREEZE SMOKE-003124

Would you recommend vaping as an alternative to a friend or family member who smokes?
163 responses



**Would you recommend vaping as an alternative? -163 Responses**

| Response | Number of Responders | Percent (%) |
|----------|---------------------|-------------|
| Yes | 161 | 98.8% |
| No | 2 | 1.2% |

What are your favorite flavors?
163 responses



**What are your favorite flavors? -163 Responses**

| Flavor | Number of Responders | Percent (%) |
|--------|---------------------|-------------|
| Fruit | 100 | 61.3% |
| Dessert | 24 | 14.7% |
| Candy | 10 | 6.1% |
| Menthol | 21 | 12.9% |
| Tobacco | 1 | 0.6% |
| Other | 7 | 4.4% |



**Are flavored e-liquids important to you in choosing to vape instead of smoke cigarettes? -163 Responses**

| Response | Number of Responders | Percent (%) |
|----------|---------------------|-------------|
| Yes | 156 | 95.7% |
| No | 7 | 4.3% |



**Have you reduced the nicotine strength/concentration of the e-liquid since you began vaping? -163 Responses**

| Response | Number of Responders | Percent (%) |
|----------|---------------------|-------------|
| Yes | 140 | 85.9% |
| No | 23 | 14% |

Do you find your e-cigarette easy to use?
163 responses



- ● Yes
- ● No

**Do you find your e-cigarette easy to use? -163 Responses**

| Response | Number of Responders | Percent (%) |
|----------|---------------------|-------------|
| Yes | 163 | 100% |
| No | 0 | 0% |

**Customer Comments:**

1. I just love breeze!

2. Vaping saved my life

3. You cannot ban vapes it has helped me a lot health and mental issues

4. Cigarette and vape don't make a difference they both can kill you from what the GOVERNMENT says but vape has a better smell if you smoke indoor

5. Keep breeze in the market

6. Without vaping options and flavors such as what is currently provided with alcoholic beverages, cigars, hookah tobacco etc. it will cause people to result with going back to smoking combustible tar filled cigarettes.

7. Keep breeze on the market please

8. Breeze good!

9. Very nice product

10. We should have the freedom to vape as adults, like other adults have the freedom to drink alcohol and cigarettes.

11. The last question is a little tricky! Vaping electronics cigarettes (Open system mods) comes with a learning curve! With proper education I was able to transition from smoking cigarettes to vaping when nothing else ever worked! I'm 100% for harm reduction and believe that these products should not be made available to children, but adults should have the right to purchase and own products that are saving our lives!

12. After smoking for 40 years, vaping is the only thing that keeps me off the smokes. I am now smoke free for 2.5 years.

13. Keep the vape

14. Flavors need to be around, or else vaping would be pointless.

15. If we converted every smoker to vaping. We can save millions of lives and billions of dollars in healthcare.

16. Nicotine isn't a major public health issue; SMOKE is the issue. Vaping gets rid of SMOKE. Stop trying to kill a safer alternative to SMOKING

17. I have recommended to family and friends that smoke cigarettes. Some have switched some use both and some stayed with cigarettes.

18. If I am not able to get the vaping products that I need, I will go get them on the black market before I go back to smoking cigarettes. That goes for a flavor ban as well. Tobacco e-liquid is gross and makes me want to smoke. So, I avoid tobacco flavors.

19. Banning vaping I feel would directly increase cigarette usage

20. vaping saved my life and wish it were around sooner as it may have saved my father's life!

21. I have been vaping for about 3 1/2 years. I now vape with 0 nicotine and I have the flavors and vape, in general, to thank for it.

22. I tried multiple times to quit smoking (without success) over the years until discovering e-cigarettes back in 2010. I researched online and found a recommended company to try. I never smoked another cigarette again. My health and stamina improved after switching from smoking to vaping and having access to new products and my favorite e-liquid FLAVORS was a big part of being able to stay off cigarettes. Although I started out with tobacco flavors, I wasn't really satisfied until I started using flavors, dessert and

fruit mostly. It was a completely different type of satisfaction from smoking and moving away from the taste of traditional tobacco cigarettes was a major factor. It created a dissociation from smoking and I now have no desire to smoke. I am so grateful to vaping, I do not think I would be completely smoke free without it.

23. Please don't ban vape

24. I am down to 0 nic. This has helped me and so many friends quit smoking. Flavors are important!

25. Cigarettes must go away

26. Keep BREEZE on the market!

27. My health is better and feel better now than ever before.

28. BREEZE is the best, please keep it on the market.

29. Vaping saved my life.

30. Keep it on the market

31. Vaping saves lives! Leave adults to ADULT and choose for themselves how we want to quit smoking and fine the businesses for selling to minors, fine the minors for possession and use and fine the parents for not monitoring their kids!!!

32. I smoked 3 packs a day, Vaping helped me quit!

33. Please don't get rid of flavors except tobacco or menthol.....that would also turn many of us back to cigarettes!

34. I smoked cigarettes for 27 years. I quit smoking over a year ago with a small vape device. Started the vape device and was cigarette free within 1 week!! I've went from 20mg nicotine down to 3mg of nicotine!!! Please help us to be able to continue to vape. My lungs feel better, my health is better overall. Vaping saved me!

35. Vaping with fruit-flavored salt nic juice has allowed me to cut down on smoking cigarettes by a great deal, and my roommate (who smoked two packs a day for close to 20 years) to completely quit cigarettes for just over a year now.

36. It saved my husband's life

# Tab 14

## FDA ENDS PMTA Guidance (June 2019) Excerpt – FDA-BREEZE SMOKE-003130

*Contains Nonbinding Recommendations*

(Section 910(c)(4) of the FD&C Act.) We provide information in this section to assist applicants in submitting an ENDS PMTA that could support a showing that the marketing of a new tobacco product would be APPH.

Throughout this guidance document, we recommend providing specific information pertaining to different topic areas and scientific disciplines to enable FDA to make a determination of whether your PMTA supports a showing that permitting the marketing of your new tobacco product would be APPH. For example, knowing the full assessment of the toxicological effects of your ENDS (e.g., ingredients, components, use of the product) is important to assess the health effects on users and nonusers under Section 910(b). As such, FDA assesses the toxicology of the product to determine whether product use would have a detrimental effect on users' and nonusers' health. FDA weighs all of the potential benefits and risks from the information contained in the PMTA to make an overall determination of whether the product should be authorized for marketing.

You may propose specific restrictions on sale and distribution that can help support a showing that permitting the marketing of the product would be APPH (e.g., a restriction that decreases the likelihood that those who do not use tobacco products will start using tobacco products). FDA may consider your product in that context and may include your proposed restrictions as mandatory conditions in your marketing order. These restrictions would be in addition to any other restrictions that FDA may require on the sale and distribution of the tobacco product, or any postmarket records and reports FDA may find necessary.

The following sections highlight several broad categories of issues that applicants should consider to help demonstrate that permitting the marketing of their products would be APPH and, consequently, should be authorized for marketing.

2. Valid scientific evidence

The FD&C Act states that the finding of whether permitting the marketing of a product would be APPH will be determined, when appropriate, on the basis of well-controlled investigations[21] (section 910(c)(5)(A)). However, section 910(c)(5)(B) of the FD&C Act also allows the Agency to consider other "valid scientific evidence" if found sufficient to evaluate the tobacco product. Given the relatively new entrance of ENDS on the U.S. market, FDA understands that limited data may exist from scientific studies and analyses.[22] If an application includes, for example, information on other products (e.g., published literature, marketing information) with appropriate bridging studies, FDA intends to review that information to determine whether it is valid scientific evidence sufficient to demonstrate that the marketing of a product would be APPH. Nonclinical studies alone are generally not sufficient to support a determination that permitting the marketing of a tobacco product would be appropriate for the protection of the public health.

---

[21] Well-controlled investigations are generally those that are designed and conducted in such a way that minimizes or controls for bias, confounding variables, and other factors that may render the results unreliable.

[22] As discussed in section VI.H.2., due to the limited nonclinical or clinical research conducted on specific ENDS products, it is likely that applicants will conduct certain investigations themselves and submit their own research findings as a part of their PMTA.

FDA-BREEZE SMOKE-003130

# Tab 15

## PMTA Excerpt (Marketing/Access Restriction) – FDA-BREEZE SMOKE-003131-003132

**WARNING: THIS PRODUCT CONTAINS NICOTINE. NICOTINE IS AN ADDICTIVE CHEMICAL. NOT FOR SALE TO MINORS.**



Home    Products    Store Locator    Verify Product    About Breeze    Contact







# Preventing Underage Vaping

Breeze Smoke is committed to fighting underage vaping. We aim to raise awareness and fight the underage sale and distribution of e-cigarette products. We support and comply with all federal and state regulations to prevent sales to minors. The FDA's major concern is vaping products getting into the hands of minors. Therefore, Breeze Smoke is taking the following steps to ensure our products are being sold and marketed to adults of legal smoking age:

The significant rise in youth use of e-vapor threatens to undermine the hard-fought gains made in preventing underage use of conventional tobacco products. We share the common goal of other vaping manufacturers, regulators and policy-makers to do more to reverse this trend. We support the FDA's commitment to leverage its authority and resources to take additional steps to address these new, emerging issues associated with underage use. We are committed to being part of the solution and understand that the most important way we can make sure kids don't use any tobacco products is to limit access and appeal.

# FREE PRINT MATERIALS (Coming Soon)

For our retail stores and Authorized Distributors, we will be offering free print materials including stickers, pamphlets, and signs to educate retailer on the Rules for Sales of E-Cigarettes and Other Electronic Nicotine Delivery Systems (ENDS) which includes the following:

- Check photo ID of everyone under age 27 who attempts to purchase e-cigarettes or other ENDS.
- Only sell e-cigarettes and other ENDS to customers age 21 and older.
- Do NOT sell e-cigarettes or other ENDS in a vending machine unless in an adult-only facility.
- Do NOT give away free samples of e-cigarettes or other ENDS to consumers, including any of their components or parts.

# REGULATIONS INFORMATION

We want to help our retail partners stay updated on the latest regulations and make it easy to stay compliant by offering information and free resources. Read below for the essential information you need to know and visit our shop to order free anti-minor print materials.

- Check photo ID of everyone under the age of 27 who attempts to purchase vapor products.
- Only sell products to customers of legal smoking age (21 years old or older).
- The FDA closely monitors retailer, manufacturer, importer, and distributor compliance with federal Tobacco Laws and Regulations and takes corrective action when violations occur.
- During Undercover Buy Inspections, the retailer is unaware an inspection is taking place. The minor and inspector will not identify themselves.
- Nearly 1 million inspections.
- Over 10,000 a month / Over 300 a day.

# Marketing Breeze

Breeze Smoke will ensure our target audience for marketing is current adult smokers by strictly adhering to the following guidelines:

- Breeze Smoke products contain nicotine and are intended only for adult smokers of legal purchase age.
- Breeze Smoke products are not appropriate or intended for those underage.
- Breeze Smoke products are not intended for former smokers or never smokers.
- Breeze Smoke will not feature images or situations intended for an underage audience.

FDA-BREEZE SMOKE-003131

- Breeze Smoke campaigns depict appropriately aged individuals.
- We do not use cartoons, caricatures, or other designs aimed at attracting minors.
- We do not use and social media influencers, celebrities or other influential persons to promote our products.

# RESOURCES

### Vaporizers, E-Cigarettes, and other Electronic Nicotine Delivery Systems (ENDS)
https://www.fda.gov/tobacco-products/products-ingredients-components/vaporizers-e-cigarettes-and-other-electronic-nicotine-delivery-systems-ends

### E-Cigarette Use Among Youth in the United States, 2019
https://jamanetwork.com/journals/jama/fullarticle/2755265

### Selling Tobacco Products in Retail Stores
https://www.fda.gov/tobacco-products/retail-sales-tobacco-products/selling-tobacco-products-retail-stores

CONTACT US
info@breezesmoke.com

| Home | Contact | Verify Product |
| Products | Wholesale Inquiry | Distributor Inquiry |
| Store Locator | Disclaimer | Underage Use Prevention |
| About Breeze | Privacy Policy | PMTA News |

© 2023 by Breeze Smoke

Tab 16

FDA ENDS PMTA Guidance (June 2019)
Excerpt –
FDA-BREEZE SMOKE-003137

(Section 910(c)(4) of the FD&C Act.) We provide information in this section to assist applicants in submitting an ENDS PMTA that could support a showing that the marketing of a new tobacco product would be APPH.

Throughout this guidance document, we recommend providing specific information pertaining to different topic areas and scientific disciplines to enable FDA to make a determination of whether your PMTA supports a showing that permitting the marketing of your new tobacco product would be APPH. For example, knowing the full assessment of the toxicological effects of your ENDS (e.g., ingredients, components, use of the product) is important to assess the health effects on users and nonusers under Section 910(b). As such, FDA assesses the toxicology of the product to determine whether product use would have a detrimental effect on users' and nonusers' health. FDA weighs all of the potential benefits and risks from the information contained in the PMTA to make an overall determination of whether the product should be authorized for marketing.

You may propose specific restrictions on sale and distribution that can help support a showing that permitting the marketing of the product would be APPH (e.g., a restriction that decreases the likelihood that those who do not use tobacco products will start using tobacco products). FDA may consider your product in that context and may include your proposed restrictions as mandatory conditions in your marketing order. These restrictions would be in addition to any other restrictions that FDA may require on the sale and distribution of the tobacco product, or any postmarket records and reports FDA may find necessary.

The following sections highlight several broad categories of issues that applicants should consider to help demonstrate that permitting the marketing of their products would be APPH and, consequently, should be authorized for marketing.

## 2. Valid scientific evidence

The FD&C Act states that the finding of whether permitting the marketing of a product would be APPH will be determined, when appropriate, on the basis of well-controlled investigations[21] (section 910(c)(5)(A)). However, section 910(c)(5)(B) of the FD&C Act also allows the Agency to consider other "valid scientific evidence" if found sufficient to evaluate the tobacco product. Given the relatively new entrance of ENDS on the U.S. market, FDA understands that limited data may exist from scientific studies and analyses.[22] If an application includes, for example, information on other products (e.g., published literature, marketing information) with appropriate bridging studies, FDA intends to review that information to determine whether it is valid scientific evidence sufficient to demonstrate that the marketing of a product would be APPH. Nonclinical studies alone are generally not sufficient to support a determination that permitting the marketing of a tobacco product would be appropriate for the protection of the public health.

---

[21] Well-controlled investigations are generally those that are designed and conducted in such a way that minimizes or controls for bias, confounding variables, and other factors that may render the results unreliable.

[22] As discussed in section VI.H.2., due to the limited nonclinical or clinical research conducted on specific ENDS products, it is likely that applicants will conduct certain investigations themselves and submit their own research findings as a part of their PMTA.

FDA-BREEZE SMOKE-003137

Tab 17

PMTA Excerpt (Literature Review) –
FDA-BREEZE SMOKE-003138

can be moderated by the proper use of quality devices, the use of packaging and labeling to prevent accidental exposure to children, and customer education.

The earliest versions of ENDS devices emerged in the United States about 2006.  Since many of the health effects from smoking combustible cigarettes are revealed only after long term use, the health effects of ENDS products over time should be studied.  The evolving nature of the ENDS device presents challenges for the gathering of recent relevant studies of current methods of use.  Current studies find that ENDS products are much less harmful to the user than traditional combustible cigarettes, but more long term studies are needed.

The evaluation of the effect of ENDS use on public health is not a simple matter.  There are many categories of individuals to be considered, including those who have never used ENDS or smoked, those who are former smokers or ENDS users, ENDS users who have never smoked, current smokers, dual users, smokers who have converted to ENDS use exclusively, smokers who have partially converted to ENDS use, youth that may begin the use of ENDS, youth that may use ENDS as a gateway to smoking, and those who are exposed to second hand aerosols.  Whereas the use of ENDS is beneficial to adult smokers wanting to quit combustible cigarettes, the effect on youth must also be considered, as well as any toxic effects.  If a considerable number of adult smokers could reduce or eliminate their consumption of combustible tobacco by using ENDS, the effect on public health and long term health care costs could be substantial.  Benefits of switching to ENDS from combustible cigarettes include lower healthcare costs, lower costs of vaping as compared to smoking, economic productivity, illness reduction, and longer lifetimes.  However, if underage youth begin using ENDS products or use them as a gateway to cigarette smoking, this would be an adverse effect.  Taking a strong stance on prohibiting under age use of ENDS can help to alleviate this concern.

There was an increase in the use of ENDS by youth in the last few years, but there has been a decline according to the most recent data.  The use of combustible cigarettes is shrinking in both the youth and adult categories.  Few adults begin using ENDS who do not already smoke.  Some studies have found that for youth and young adults, ENDS use may increase the use of ever using combustible cigarettes; however, other studies found that the reverse is true – that e-cigarette use in youth is limited primarily to individuals who already smoke combustible cigarettes.  The factors that increase the likelihood of youth to begin the use of ENDS are social environment, including the exposure to ENDS and ENDS advertisements, parent and peer use of tobacco products or ENDS, prior use of other tobacco products, perception of the harmfulness or addictiveness of ENDS, psychological aspects, and sociodemographic factors.

Flavored e-liquids are beneficial to those smokers wishing to reduce or cease their use of combustible cigarettes.  In fact, smokers who vaped flavored e-liquids were more likely to quit smoking than those who vaped tobacco flavors.  Recent studies find that the use of ENDS increases the likelihood of smoking cessation and also the reduction of the number of cigarettes smoked per day.  When compared to traditional nicotine replacement therapy, ENDS were found to more effective and cost efficient.  ENDS use is positively correlated with smoking abstinence and overall quit rates.  The odds of success while using ENDS products

Tab 18

PMTA Excerpt (Literature Review) –
FDA-BREEZE SMOKE-003139

to stop smoking are increased by using nicotine containing products vs. non-nicotine containing products, more frequent use of ENDS products, and peer support.

A review of the literature reveals that ENDS use is less harmful than smoking combustible cigarettes, and results in less dependency by the individual.  Some current studies indicate that the health effects from ENDS use may be negligible, although further long term studies are needed.  Even if a small percentage of youth were to begin use of ENDS products, it is reasonable to assume (due to tendency factors) that if ENDS products were not available, these youth would resort to smoking combustible cigarettes.  So along with ENDS youth prevention, prevention of combustible cigarettes should also be examined by regulatory bodies to ensure a comprehensive plan.  There is also great harm reduction to adult smokers who switch to ENDS use.  When considering all of these factors, the literature shows that when weighing the addition or reduction of harm to public health, ENDS use is a benefit to the population as a whole.

| Approved By: | Revision #: | Publish Date: | Page Numbers |
|---|---|---|---|
| Linda Johnson | 1 | July 1, 2020 | 6 of 101 |

FDA-BREEZE SMOKE-003139

Tab 19

PMTA Excerpt (Literature Review) –
FDA-BREEZE SMOKE-003140

Furthermore, in 2016 the promotion of e-cigarette use for harm reduction was recommended by the Royal College of Physicians in the UK. One of the primary reasons for the recommendation was that replacing tobacco cigarettes with e-cigarettes showed decreases in metabolite biomarkers of tobacco toxicants and carcinogens.

**Summary of Proposed Device**

The following product device characteristics consistent with and bridge to the public literature:
- Nicotine concentrations is 5%;
- Voltage is below 5V;
- Closed system that does not permit higher heating temperatures;
- Flavorings limited to those that produce the least toxicity; and
- Labeling with age identification requirements, nicotine warning, pregnancy warning, and tampering/modification warning.

FDA-BREEZE SMOKE-003140

# Tab 20

FDA ENDS PMTA Enforcement Guidance
(Apr. 2020) Excerpt –
FDA-BREEZE SMOKE-003141

*Contains Nonbinding Recommendations*

| | outlines FDA's enforcement priorities with respect to such requirements. |
|---|---|
| Guidance should conform to Section 907.<br>• Actions in this guidance should conform to Section 907, which obligates FDA to consider factors not addressed by the guidance, including technical achievability and countervailing effects.<br>• FDA should not adopt modifications to compliance policy but should instead follow through with a rule that considers the comments from FDA's ANPRM on Flavors in Tobacco Products. | Section 907 refers to tobacco product standards. This Final Guidance is not setting tobacco product standards, such as a tobacco product standard restricting or eliminating the use of flavors in ENDS. Instead, it is explaining FDA's enforcement priorities for premarket review requirements already included in the Tobacco Control Act. A flavored product could be marketed consistent with this guidance if it meets the statutory standards for authorization. For example, in April 2019, FDA authorized the marketing of a menthol-flavored IQOS heat-not-burn cigarette product through the PMTA pathway.[101] |
| FDA is supposed to be an advisory agency, not a regulatory agency, and its actions are an overreach. | The Tobacco Control Act provides FDA with regulatory authority over tobacco products. |
| FDA's proposed actions are arbitrary and capricious because it has failed to provide adequate reasoning/scientific reasoning/used incomplete or incorrect data. | The enforcement priorities explained in the Final Guidance are based upon and supported by, among other things, multiple high-quality scientific data sources (*e.g.*, NYTS, PATH, MTF). |
| FDA has failed to connect the proposed policy to an official finding that the actions were "appropriate for the protection of public health." | The Final Guidance discusses the enforcement of premarket authorities already existing in statute. Section 910 places the onus on manufacturers to show that the marketing of a tobacco product would be appropriate for the protection of the public health, not on the FDA to show otherwise. The Tobacco Control Act uses the term "appropriate for the protection of the public health," in section 910 and several other provisions. The considerations identified in the statute typically include analysis of whether the action would increase or decrease the likelihood that existing users of tobacco products would stop using such products, and whether it would increase or decrease the likelihood that those who do not use tobacco products will start using the products. The Guidance reflects these considerations. |
| FDA has been unresponsive/lack of clarity.<br>• Manufacturers have been relying on guidance and information since the deeming rule; this is a drastic departure | FDA has communicated its concerns regarding the increase in youth access in public statements, the March 2019 draft guidance, and requests for information to manufacturers. FDA has consistently |

---

[101] For more information please see https://www.fda.gov/news-events/press-announcements/fda-permits-sale-iqos-tobacco-heating-system-through-premarket-tobacco-product-application-pathway.

FDA-BREEZE SMOKE-003141

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2024, a true and correct copy of the

foregoing was filed via the Court's CM/ECF system and served via electronic

filing upon all counsel of record in this case.


/s Eric P. Gotting_____
Eric P. Gotting